IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.           Case. No. 6:01cr60020-RTD-001

RODNEY HARPER                                               DEFENDANT

### ORDER

Before the Court is the United States' Motion for Reconsideration of Order Reducing Sentence Pursuant to 18 U.S.C. § 3582(C)(2). (Doc. 123). In an order dated December 20, 2011, (Doc. 122) the Court granted Defendant's Motion (Doc. 120) and reduced his sentence on Count One from 130 months to 92 months. Upon due consideration the Court now amends its previous order to the extent that Defendant's sentence on Count One is reduced from 130 months to 120 months, the statutory mandatory minimum. The 60 month consecutive sentence on Count Three is not affected by this reduction; therefore, Defendant's total sentence of imprisonment would be 180 months.

The United States' Motion (Doc. 123) is hereby **GRANTED** and the Court's previous Order (Doc. 122) is **AMENDED** as set out above.

IT IS SO ORDERED this 6th day of January 2012.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge